Ryan Gile, Esq.
Nevada Bar No. 8807
rg@gilelawgroup.com
**Gile Law Group Ltd**.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorneys for Plaintiff Joe Hand Promotions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>ECHELON EVENT CENTER LLC, a Nevada limited-liability company, d/b/a ECHELON EVENT CENTER; LATONYA R. WELLS, an individual,<br><br>Defendants. | Case No.: 2:24-cv-01033-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JOE HAND PROMOTIONS, INC. and Defendants ECHELON EVENT CENTER LLC and LATONYA R. WELLS have reached a settlement of the claims in this matter and through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: January 16, 2025

**IT IS SO AGREED AND STIPULATED:**

| GILE LAW GROUP, LTD. | DICKINSON WRIGHT PLLC |
|---|---|
| */s/ Ryan Gile*<br>Ryan Gile, Esq.<br>Nevada Bar No. 8807<br>**rg@gilelawgroup.com**<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, Nevada 89144<br>Tel. (702) 703-7288<br>*Attorneys for Plaintiff* | */s/Caleb L. Green*<br>Caleb L. Green<br>Nevada Bar No. 15234<br>3883 Howard Hughes Parkway, Ste 800<br>Las Vegas, NV 89169<br>702-550-4417<br>Email: **cgreen@dickinson-wright.com**<br>*Attorneys for Defendants* |

GLG-30988

**ORDER**

The above Stipulation is hereby GRANTED.  This case is dismissed with prejudice, with each party bearing its own costs and fees.  The Clerk of Court is kindly instructed to close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: Janurary 17, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

*/s/ Ryan Gile*
Employee, Gile Law Group Ltd.